UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Youssif KAMAL, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>EDEN CREAMERY, LLC, et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 18-cv-1298-BAS-AGS<br><br>**ORDER DENYING DEFENDANTS' MOTION TO QUASH (ECF No. 44)** |

Defendants move to quash twelve subpoenas that plaintiffs have served on third parties. (ECF No. 44-1, at 4.) But only "the issuing court, and not the court where the underlying action is pending, has the authority to consider motions to quash or modify subpoenas under [Rule 45]." *S.E.C. v. CMKM Diamonds, Inc.*, 656 F.3d 829, 832 (9th Cir. 2011). None of these subpoenas were issued in the Southern District of California. (*See* ECF No. 44-5, at 3.) Because this district is not "the district where compliance is required," this Court lacks jurisdiction to rule on defendants' motion. Fed. R. Civ. P. 45(d)(3)(A).

Thus, defendants' motion is **DENIED** without prejudice to being refiled in the appropriate districts.

Dated: February 12, 2020

_____
Hon. Andrew G. Schopler
United States Magistrate Judge