UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSSIF KAMAL, GILLIAN NEELY, RICHARD LICHTEN, SUSAN COX, NICK TOVAR, MICHELE KINMAN, ASHLEY PETEFISH, and TERRI BROWN, on their own behalf and on behalf of all others similarly situated,<br><br>                           Plaintiffs,<br><br>v.<br><br>EDEN CREAMERY, LLC, dba HALO TOP CREAMERY, and JUSTIN T. WOOLVERTON,<br><br>                           Defendants. | Case No.: 18-CV-1298 TWR (AGS)<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER RE BRIEFING SCHEDULE ON MOTIONS FOR CLASS CERTIFICATION (ECF NO. 82) AND TO EXCLUDE THE EXPERT REPORT OF STEFAN BOEDEKER (ECF NO. 111)**<br><br>(ECF Nos. 82, 111, 112) |

Presently before the Court is the Joint Motion for Order re Briefing Schedule on Motions for Class Certification (ECF No. 82) and to Exclude the Expert Report of Stefan Boedeker (ECF No. 111) ("Joint Mot.," ECF No. 112), filed by Plaintiffs Youssif Kamal, Gillian Neely, Richard Lichten, Susan Cox, Nick Tovar, Michele Kinman, Ashley Petefish, and Terri Brown and Defendants Eden Creamery, LLC dba Halo Top Creamery and Justin T. Woolverton. The Parties have stipulated to a briefing schedule. (*See* ECF No. 112-1.)

Good cause appearing, the Court **GRANTS** the Joint Motion and **CONTINUES** the hearing on Plaintiffs' Motion for Class Certification and Defendants' Motion to Exclude

the Expert Report of Stefan Boedeker to <u>March 17, 2021 at 1:30 p.m. in Courtroom 3A</u>. Accordingly, Plaintiffs **SHALL FILE** a single, 25-page brief in opposition to Defendants' Motion to Exclude and in reply to Plaintiffs' Motion for Class Certification <u>on or before February 10, 2021</u>, and Defendants **MAY FILE** a reply to their Motion to Exclude, if any, <u>on or before February 24, 2021</u>.

  **IT IS SO ORDERED.**

Dated: January 19, 2021

                  _____
                  Honorable Todd W. Robinson
                  United States District Court