THE LAW OFFICES OF ANDREW J. BROWN
ANDREW J. BROWN, #160562
BRIAN J. ELLSWORTH, # 326756
501 West Broadway, Suite 1490
San Diego, CA  92101
Telephone: (619) 501- 6550
andrewb@thebrownlawfirm.com
brian@bjellsworth.com

*Attorneys for Plaintiffs Individually and on Behalf All Others Similarly Situated*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSSIF KAMAL, GILLIAN NEELY, RICHARD LICHTEN, SUSAN COX, NICK TOVAR, MICHELE KINMAN, ASHLEY PETEFISH and TERI BROWN, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EDEN CREAMERY, LLC, dba HALO TOP CREAMERY, and JUSTIN T. WOOLVERTON,<br><br>Defendants. | Case No.  18cv1298 TWR AGS<br><br>Assigned to the Hon. Todd Robinson and the Hon. Andrew Schopler<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Date:  March 24, 2021<br>Time:  3:00 PM (PST)<br>Dept:  3A<br><br>Orig. Complaint Filed:  June 15, 2018<br>Trial Date:  None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on **March 24, 2021 at 3:00 PM** or as soon thereafter as this motion may be heard, in the Courtroom of the Honorable Todd Robinson, United States District Judge, located at the Edward J. Schwartz Building, United States District Court Southern District of California, 221 West Broadway, San Diego, CA 92101 in Department 3A, Plaintiffs Youssif Kamal, Gillian Neely, Richard Lichten, Susan Cox, Nick Tovar, Michelle Kinman, Ashley Petefish and Teri Brown (collectively "Plaintiffs") will, and hereby do, move the court for an order granting Plaintiffs' Motion For Voluntary Dismissal Without Prejudice pursuant to Fed. R. Civ. Proc. 41(a)(2).

This Motion is based on this Notice of Motion and the accompanying Memorandum of Point and Authorities, the Declaration of Andrew J. Brown and Exhibits thereto, the pleadings on file in this action, and upon such other matters as may be properly presented to the court at the time of hearing.

/ / /

**LOCAL RULE 26.1(b) CERTIFICATION**

In compliance with Local Rule 26.1(b), the parties met and conferred in good faith on February 1, 2021 on the issues described herein. Brown Decl., ¶3. Despite these efforts, the parties were unable to reach agreement.

Respectfully Submitted,

DATED: February 2, 2021

LAW OFFICES OF ANDREW J. BROWN

*s/ Andrew J. Brown*
ANDREW J. BROWN

BRIAN J. ELLSWORTH
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: (619) 501-6650
andrewb@thebrownlawfirm.com
brian@bjellsworth.com

*Attorneys for Plaintiffs Individually and on Behalf of All Others Similarly Situated*

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February 2021, I caused to be electronically filed a true and correct copy of the following documents with the Clerk of the Court using CM/ECF:

**1.     PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE;**

**2.     PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITES IN SUPPORT THEREOF; and,**

**3.     DECLARATION OF ANDREW J. BROWN IN SUPPORT THEREOF.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 2nd day of February 2021 at San Diego, California.

*/s/  Andrew J. Brown*
Andrew J. Brown
Attorney for Plaintiffs