THE LAW OFFICES OF ANDREW J. BROWN
ANDREW J. BROWN, #160562
BRIAN J. ELLSWORTH, #326756
501 W. Broadway, Ste. 1490
San Diego, CA 92101
Telephone: (619) 501-6550
andrewb@thebrownlawfirm.com
brian@bjellsworth.com

*Attorneys for Plaintiffs Individually
and on Behalf All Others Similarly Situated*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSSIF KAMAL, GILLIAN NEELY, RICHARD LICHTEN, SUSAN COX, NICK TOVAR, MICHELE KINMAN, ASHLEY PETEFISH and TERI BROWN, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EDEN CREAMERY, LLC, dba HALO TOP CREAMERY, and JUSTIN T. WOOLVERTON<br><br>Defendants. | Case No. 18-cv-1298 TWR AGS<br><br>Assigned to the Hon. Todd Robinson and the Hon. Andrew Schopler<br><br>**DECLARATION OF ANDREW J. BROWN IN SUPPORT OF PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Date: March 24, 2021<br>Time: 3:00 PM (PST)<br>Dept: 3A<br><br>Orig. Complaint Filed: June 15, 2018<br>Trial Date: None Set |

I, ANDREW J. BROWN, declare as follows:

I am an attorney duly admitted to practice in the State of California. I am the principal of the law firm Law Offices of Andrew J. Brown, attorneys for Plaintiffs. I submit this declaration in support of Plaintiffs' Motion for Voluntary Dismissal Without Prejudice.  If called to testify as a witness, I could and would competently testify to the matters stated herein.

1. Plaintiffs seek voluntary dismissal without prejudice so they may file a new case with a complaint that is substantially similar to the Second Amended Complaint that Plaintiffs previously requested permission to file in this case.  See, ECF 110, Ex. 1.  If Plaintiffs' Motion for Voluntary Dismissal Without Prejudice is granted, Plaintiffs intend to file in federal court.  Plaintiffs are not "forum shopping."

2. On January 27, 2021 Plaintiffs sent to Defendants a Proposed Stipulation to Dismiss Without Prejudice.  Approximately a week prior, Plaintiffs' counsel had informally advised Defendants that Plaintiffs would likely be seeking dismissal, but counsel did not yet have authority to do so.  As part of those preliminary informal discussions, Plaintiffs agreed Defendants did not have to produce their class certification expert for deposition, or otherwise respond to discovery requests that had been served.

3. On January 28, 2021 Defendants advised that they would not stipulate to a dismissal without prejudice.  Plaintiffs then requested a date to meet and confer on Plaintiffs' impending Motion to Dismiss Without Prejudice, and the parties agreed to February 1, 2021.

4. Attached as **Exhibit A** is a true and correct copy of the email correspondence set out above in Paragraphs 2 and 3.

5. On the meet and confer phone call, Defendants advised it is their position that the dismissal should be with prejudice, or if it is without prejudice then it should be conditioned upon Plaintiffs' payment of all of Defendants' attorneys' fees and costs incurred in the present litigation.

6.      During the meet and confer, Plaintiffs advised Defendants that Plaintiffs believe Defendants are not entitled to any attorneys' fees or costs. However, to avoid motion practice, Plaintiffs offered to consider payment of some costs – but not attorneys' fees – that Defendants incurred for work that they believed could not be used in the subsequent-filed case. Defendants declined the offer.

7.      During the meet and confer, Plaintiffs also offered to stipulate or agree that the work performed to date in the instant case – document productions, depositions, etc. – could be used in the subsequent-filed case. Plaintiffs also offered to use any other work-product from this case that could be used in the subsequent filed case. Defendants did not agree.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on this 2nd day of February 2021 at San Diego, California.

          /s/ *Andrew J. Brown*
          Andrew J. Brown
          Attorney for Plaintiffs

# EXHIBIT A



**Andrew Brown <andrewb@thebrownlawfirm.com>**

## RE: Kamal v. Eden Creamery
1 message

**Queen, Daniel D.** <DQueen@mayerbrown.com>   Thu, Jan 28, 2021 at 6:31 PM
To: Andrew Brown <andrewb@thebrownlawfirm.com>
Cc: "Giali, Dale J." <DGiali@mayerbrown.com>, "Borders, Keri E." <KBorders@mayerbrown.com>

Hi Andrew—

We intend to oppose.  We're available for a meet-and-confer on Monday.  Does 11:00 AM work?

Dan

_____

**Daniel D. Queen**
Mayer Brown LLP
350 S Grand Ave, Los Angeles, CA 90071
T +1 213 229 5147 | F +1 213 625 0248

dqueen@mayerbrown.com

LinkedIn | Twitter

mayerbrown.com

---

**From:** Andrew Brown <andrewb@thebrownlawfirm.com>
**Sent:** Thursday, January 28, 2021 2:01 PM
**To:** Queen, Daniel D. <DQueen@mayerbrown.com>
**Cc:** Giali, Dale J. <DGiali@mayerbrown.com>; Borders, Keri E. <KBorders@mayerbrown.com>
**Subject:** Re: Kamal v. Eden Creamery


**\*\*EXTERNAL SENDER\*\***


Dan,

Thank you for the response.  As indicated, Plaintiffs intend to file a Rule 41 motion to dismiss without prejudice.  Please let me know if your clients oppose that motion.  If so, Plaintiffs would like to meet and confer on it, tomorrow or Monday.  Please let me know your availability for that purpose.

Regards,

Andrew


On Thu, Jan 28, 2021 at 12:01 PM Queen, Daniel D. <DQueen@mayerbrown.com> wrote:

Andrew—

Thanks.  We will not agree to a stipulation for dismissal without prejudice.  We will only stipulate to a dismissal with prejudice.

Dan

_____

**Daniel D. Queen**
Mayer Brown LLP
350 S Grand Ave, Los Angeles, CA 90071
T +1 213 229 5147 | F +1 213 625 0248

dqueen@mayerbrown.com
LinkedIn | Twitter

mayerbrown.com

---

**From:** Andrew Brown <andrewb@thebrownlawfirm.com>
**Sent:** Wednesday, January 27, 2021 2:11 PM
**To:** Giali, Dale J. <DGiali@mayerbrown.com>; Borders, Keri E. <KBorders@mayerbrown.com>; Queen, Daniel D. <DQueen@mayerbrown.com>
**Subject:** Kamal v. Eden Creamery

**\*\*EXTERNAL SENDER\*\***

Counsel,

As previously discussed, Plaintiffs intend to seek dismissal without prejudice of the action. For this purpose, please see the attached [DRAFT] of a proposed joint motion and stipulation.  Please let me know at your earliest convenience whether Plaintiffs may file with your signature, or if you have any edits, questions or concerns.

Regards,

Andrew

_____

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information is available in our Privacy Notice.