MAYER BROWN LLP
DALE GIALI (SBN 150382)
*dgiali@mayerbrown.com*
KERI BORDERS (SBN 194015)
*kborders@mayerbrown.com*
DANIEL QUEEN (SBN 292275)
*dqueen@mayerbrown.com*
350 South Grand Avenue
25th Floor
Los Angeles, California  90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

Attorneys for Defendants
EDEN CREAMERY, LLC, and
JUSTIN T. WOOLVERTON

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSSIF KAMAL, GILLIAN NEELY, RICHARD LICHTEN, SUSAN COX, NICK TOVAR, MICHELE KINMAN, RALPH JACOBSON, ASHLEY PETEFISH and TERI BROWN, on their own behalf and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>   vs.<br><br>EDEN CREAMERY, LLC, dba HALO TOP CREAMERY, and JUSTIN T. WOOLVERTON,<br><br>       Defendants. | Case No. 18-cv-1298-TWR-AGS<br><br>Assigned to the Hon. Todd Robinson and the Hon. Andrew Schopler<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO EXCLUDE THE EXPERT REPORT AND OPINIONS OF STEFAN BOEDEKER (ECF 111) DUE TO MOOTNESS**<br><br>Date Action Filed:   June 15, 2018 |

| | |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF** |
| 2 | **RECORD:** |
| 3 | PLEASE TAKE NOTICE THAT Defendants Eden Creamery, LLC and Justin |
| 4 | T. Woolverton hereby withdraw their previously-filed Motion to Exclude the Expert |
| 5 | Report and Opinions of Stefan Boedeker (ECF 111) (the "Motion to Exclude"). |
| 6 | Defendants are withdrawing the Motion to Exclude because the expert report and |
| 7 | opinions of Stefan Boedeker were offered by Plaintiffs in support of their Motion for |
| 8 | Class Certification (*see* ECF 82), and on January 28, 2021, Plaintiffs withdrew that |
| 9 | motion (*see* ECF 115). Accordingly, the Motion to Exclude is now moot. |

Dated: February 9, 2021

MAYER BROWN LLP
DALE GIALI
KERI BORDERS
DANIEL QUEEN

By: */s/ Daniel Queen*
       Daniel Queen

Attorneys for Defendants EDEN CREAMERY, LLC AND JUSTIN T. WOOLVERTON

- 1 -
DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO EXCLUDE THE EXPERT REPORT AND OPINIONS OF STEFAN BOEDEKER DUE TO MOOTNESS; CASE NO. 18-CV-1298-TWR-AGS