UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSSIF KAMAL, GILLIAN NEELY, RICHARD LICHTEN, SUSAN COX, NICK TOVAR, MICHELE KINMAN, ASHLEY PETEFISH, and TERRI BROWN, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDEN CREAMERY, LLC, dba HALO TOP CREAMERY, and JUSTIN T. WOOLVERTON,<br><br>Defendants. | Case No.: 18-CV-1298 TWR (AGS)<br><br>**ORDER DIRECTING FURTHER BRIEFING** |

On March 24, 2021, the Court conducted a hearing on Plaintiffs' Motion for Voluntary Dismissal Without Prejudice. ("Motion," ECF No. 116.) At the hearing, counsel for Plaintiffs represented that, in the event the Motion is granted, Plaintiffs intend to refile a similar action in the Southern District of California. The Court **HEREBY ORDERS** the following:

1. <u>On or before April 9, 2021</u>, Plaintiffs' counsel shall file a declaration accompanied by a copy of the proposed complaint Plaintiffs intend to file in the Southern District of California in the event the Motion is granted.

1

2. <u>On or before April 23, 2021</u>, Defendants may file a supplemental brief, including supporting exhibits if appropriate, detailing the fees and/or costs to which Defendants contend they are entitled in the event Plaintiffs are permitted to dismiss this action and file the proposed complaint attached to the declaration of Plaintiffs' counsel. This accounting should include any fees and/or costs Defendants contend cannot be utilized in the proposed new case. Defendants' brief may include any other conditions Defendants contend are appropriate if the Motion is granted, as well as any supporting legal authority.

3. <u>On or before May 7, 2021</u>, Plaintiffs may file a supplemental brief responding to Defendants' supplemental brief.

**IT IS SO ORDERED.**

Dated: March 24, 2021

_____
Honorable Todd W. Robinson
United States District Court