UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSSIF KAMAL, GILLIAN NEELY, RICHARD LICHTEN, SUSAN COX, NICK TOVAR, MICHELE KINMAN, ASHLEY PETEFISH, and TERRI BROWN, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDEN CREAMERY, LLC, dba HALO TOP CREAMERY; and JUSTIN T. WOOLVERTON,<br><br>Defendants. | Case No.: 18-CV-1298 TWR (AGS)<br><br>**ORDER DISMISSING (1) PLAINTIFFS' INDIVIDUAL CLAIMS WITH PREJUDICE, AND (2) CLASS CLAIMS WITHOUT PREJUDICE**<br><br>(ECF Nos. 130, 131) |

Presently before the Court is Plaintiffs Youssif Kamal, Gillian Neely, Richard Lichten, Susan Cox, Nick Tovar, Michele Kinman, Ashley Petefish, and Terri Brown's Notice Pursuant to Court Order ("Not.," ECF No. 131) informing the Court that they "do not intend to continue litigating this action in this Court." (*See id.* at 2.) Accordingly, for the reasons outlined in the Court's September 29, 2021 Order Denying Plaintiffs' Motion for Voluntary Dismissal Without Prejudice, (*see generally* ECF No. 130), the Court **DISMISSES WITH PREJUDICE** Plaintiffs' individual claims and **DISMISSES**

**WITHOUT PREJUDICE** the class claims, with each Party to bear its own costs and attorneys' fees.  The Clerk of Court **SHALL CLOSE** the file.

     **IT IS SO ORDERED.**

Dated:  October 21, 2021

_____
Honorable Todd W. Robinson
United States District Court