THE LAW OFFICES OF ANDREW J. BROWN
ANDREW J. BROWN, #160562
BRIAN J. ELLSWORTH, #326756
501 West Broadway, Suite 1490
San Diego, CA  92101
Telephone: (619) 501- 6550
andrewb@thebrownlawfirm.com
briane@thebrownlawfirm.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSSIF KAMAL, GILLIAN NEELY, RICHARD LICHTEN, SUSAN COX, NICK TOVAR, MICHELE KINMAN, ASHLEY PETEFISH and TERI BROWN, on their own behalf and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>    vs.<br><br>EDEN CREAMERY, LLC, dba HALO TOP CREAMERY, and JUSTIN T. WOOLVERTON,<br><br>                      Defendants. | Case No.  18-cv-1298 TWR (AGS)<br><br>Assigned to the Hon. Todd Robinson and the Hon. Andrew Schopler<br><br>**PLAINTIFFS' NOTICE OF APPEAL AND 9TH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**<br><br>Orig. Complaint Filed:  June 15, 2018 |

Plaintiffs Youssif Kamal, Gillian Neely, Richard Lichten, Susan Cox, Nick Tovar, Michele Kinman, Ashley Petefish, and Teri Brown ("Plaintiffs"), on behalf of themselves and all others similarly situated, hereby timely appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's Order entered on October 21, 2021, Dismissing the Case With Prejudice (Dkt. 132), and the following related Orders: 1) Order entered on September 29, 2021 Denying Plaintiffs' Motion For Voluntary Dismissal Without Prejudice (Dkt. 130), and 2) Order entered on December 8, 2020 Denying Plaintiffs' Motion For Leave to File a Second Amended Complaint (Dkt 104).

Plaintiffs' Circuit Rule 3-2(b) Representation Statement is included below.

Respectfully submitted,

DATED: November 18, 2021

LAW OFFICES OF ANDREW J. BROWN

*Andrew J. Brown*
Andrew J. Brown

501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: (619) 501-6650

*Attorney for Plaintiffs*

NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

The undersigned represents each Plaintiff-Appellant identified above, on behalf of themselves and all others similarly situated, and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiffs - Appellants submit this Representation Statement. The following list identifies all parties to this action, and it identifies their respective counsel by name, firm, address, telephone number, and email, where appropriate.

1. Plaintiffs-Appellants, on behalf of themselves and all others similarly situated, are represented by the following counsel:

   Andrew J. Brown
   Brian J. Ellsworth
   **Law Offices of Andrew J. Brown**
   501 West Broadway, Suite 1490
   San Diego, CA  92101
   Telephone: (619) 501- 6550
   andrewb@thebrownlawfirm.com
   briane@thebrownlawfirm.com

2. Defendants-Appellees Eden Creamery, LLC, dba Halo Top Creamery, and Justin T. Woolverton are represented by the following counsel:

   Dale J. Giali
   Keri E. Borders
   Daniel David Queen
   **Mayer Brown LLP**
   350 South Grand Avenue, 25th Floor
   Los Angeles, CA 90071
   (213) 229-9500
   (213) 625-0248 (fax)
   dgiali@mayerbrown.com
   kborders@mayerbrown.com
   dqueen@mayerbrown.com

|    |                              |                                                      |
|----|------------------------------|------------------------------------------------------|
| 1  |                              | Respectfully submitted,                              |
| 2  | DATED: November 18, 2021     | LAW OFFICES OF ANDREW J. BROWN                       |
| 3  |                              |                                                      |
| 4  |                              | *Andrew J. Brown*                                    |
|    |                              | Andrew J. Brown                                      |
| 5  |                              | 501 West Broadway, Suite 1490                        |
| 6  |                              | San Diego, CA  92101                                 |
|    |                              | Tel: (619) 501-6650                                  |
| 7  |                              |                                                      |
| 8  |                              | *Attorney for Plaintiffs*                            |

# CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/  *Andrew J. Brown*
ANDREW J. BROWN