UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| IN RE: YOUSSIF KAMAL; GILLIAN NEELY; RICHARD LICHTEN; SUSAN COX; NICK TOVAR; MICHELE KINMAN; ASHLEY PETEFISH. | No. 24-5958 |
| | D.C. No. 18-cv-1298 |
| | Southern District of California, San Diego |

YOUSSIF KAMAL, on their own behalf and on behalf of all others similarly situated; et al.,

    Petitioners,

 v.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO,

    Respondent,

EDEN CREAMERY, LLC, doing business as Halo Top Creamery; JUSTIN T. WOOLVERTON,

    Defendants - Real Parties in Interest.

ORDER

Before:  W. FLETCHER, BERZON, and RAWLINSON, Circuit Judges.

This petition for a writ of mandamus raises issues that warrant an answer.

*See* Fed. R. App. P. 21(b).  Accordingly, within fourteen days, real parties in interest must file an answer.

The district court may also address the petition if it so desires.  If the district court elects to address the petition, it may file an answer with this court or issue a supplemental order and serve a copy on this court.

Petitioners may file a reply within five days of service of the answer(s).

The mandamus petition is referred to the next available merits panel.

The Clerk will serve a copy of this order on the district court and District Judge Todd W. Robinson.

24-5958