UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSSIF KAMAL, GILLIAN NEELY, RICHARD LICHTEN, SUSAN COX, NICK TOVAR, MICHELE KINMAN, and TERRI BROWN, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDEN CREAMERY, LLC, dba HALO TOP CREAMERY; and JUSTIN T. WOOLVERTON,<br><br>Defendants. | Case No.: 18-CV-1298 TWR (MSB)<br><br>**ORDER GRANTING IN PART PLAINTIFFS' UNOPPOSED MOTION TO STAY THE COURT'S AUGUST 16, 2024 ORDER**<br><br>(ECF No. 158) |

Presently before the Court is Plaintiffs Youssif Kamal, Gillian Neely, Richard Lichten, Susan Cox, Nick Tovar, Michele Kinman, and Teri Brown's Unopposed Motion to Stay the Court's August 16, 2024 Order ("Mot.," ECF No. 158), in which the Court granted Plaintiffs' Motion for Voluntary Dismissal (ECF No. 116) on the following conditions: (1) Plaintiffs' and their counsel's payment of Defendants' attorneys' fees in the amount of $235,240.67 on or before November 14, 2024; and (2) Plaintiffs' filing of any new case related to the same subject matter in this District before the undersigned. (*See*

*generally* ECF No. 154.) On October 1, 2024, Plaintiffs petitioned the United States Court of Appeals for the Ninth Circuit for a writ of mandamus, (*see* ECF No. 156), and on October 23, 2024, the Ninth Circuit ordered Defendants, as real parties in interest, to file an answer. (*See* ECF No. 157.) Based on a review of the Ninth Circuit's docket, it appears that briefing on Plaintiffs' petition will be completed by December 20, 2024, and that the Ninth Circuit is considering the matter for oral argument in March 2025. *See generally* Docket, *Kamal et al. v. U.S. Dist. Ct. for S.D. Cal.*, No. 24-5958 (9th Cir. filed Oct. 1, 2024).

The Court **GRANTS IN PART** Plaintiffs' Motion and **STAYS** the August 16, 2024 Order pending the Ninth Circuit's resolution of Plaintiffs' petition for writ of mandamus. The Parties **SHALL MEET AND CONFER** and **SHALL FILE** a Joint Status Report <u>within seven (7) days</u> of the Ninth Circuit's docketing of its decision on the merits of Plaintiffs' petition.

**IT IS SO ORDERED.**

Dated: November 12, 2024

_____
Honorable Todd W. Robinson
United States District Judge