UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSSIF KAMAL, GILLIAN NEELY, RICHARD LICHTEN, SUSAN COX, NICK TOVAR, MICHELE KINMAN, and TERRI BROWN, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDEN CREAMERY, LLC, dba HALO TOP CREAMERY; and JUSTIN T. WOOLVERTON,<br><br>Defendants. | Case No.: 18-CV-1298 TWR (MSB)<br><br>**ORDER OF DISMISSAL**<br><br>(ECF Nos. 116, 154, 161) |

On August 16, 2024, the Court granted Plaintiffs Youssif Kamal, Gillian Neely, Richard Lichten, Susan Cox, Nick Tovar, Michele Kinman, and Teri Brown's Motion for Voluntary Dismissal Without Prejudice ("Pls.' Mot.," ECF No. 116) on the following conditions: "(1) Plaintiffs and their counsel **SHALL PAY** Defendants their attorneys' fees in the amount of **$235,240.67** within ninety (90) days of the electronic docketing of this Order; and (2) any Refiled Action **SHALL BE FILED** in this District." (*See* ECF No. 154 ("Conditional Order") at 19–20.)  On October 1, 2024, Plaintiffs filed a petition for a writ

of mandamus in the United States Court of Appeals for the Ninth Circuit. (*See* ECF No. 156-1.) The Court therefore stayed the Conditional Order pending the Ninth Circuit's resolution of Plaintiffs' petition for writ of mandamus. (*See generally* ECF No. 159.) The Ninth Circuit denied Plaintiffs' petition on March 17, 2025, (*see* ECF No. 160-1), and the Parties agreed that Plaintiffs would file a notice regarding how they intended to proceed by April 16, 2025. (*See* ECF No. 160.)

The Court is now in receipt of Plaintiffs' Notice of Plaintiffs' Response to Order Conditionally Granting Plaintiffs' Motion for Voluntary Dismissal Without Prejudice ("Not.," ECF No. 161), in which Plaintiffs report that they have consented to the refiling of any new case related to the same subject matter in this District but that they decline to pay Defendants Eden Creamery, LLC, dba Halo Top Creamery, and Justin T. Woolverton attorneys' fees in the amount of $235,240.67, (*see id.*), which is the amount the Court concluded would compensate Defendants for fees and costs they had expended on work that would have no value in any future litigation with Plaintiffs. (*See* Conditional Order at 7–15.)

In light of Plaintiffs' election, the Court **DENIES** Plaintiffs' Motion and **DISMISSES WITH PREJUDICE** this action as to named Plaintiffs Youssif Kamal, Gillian Neely, Richard Lichten, Susan Cox, Nick Tovar, Michele Kinman, and Teri Brown, and **DISMISSES WITHOUT PREJUDICE** this action as to the proposed class. For the reasons discussed in the Court's Conditional Order, (*see id.* at 18–19), and as agreed to by Plaintiffs' counsel, (*see* Not. at 2), any refiled action **SHALL BE FILED** in this District.

**IT IS SO ORDERED.**

Dated: April 16, 2025

_____
Honorable Todd W. Robinson
United States District Judge